UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBERTO PALACIOS GUILLEN<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, et al.,<br><br>Respondents. | Case No.:  3:26-cv-0524-CAB-BLM<br><br>**ORDER REQUIRING A BOND HEARING** |

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, [Doc. No. 1 ("Petition")], filed by Petitioner Jose Alberto Palacios Guillen.  Petitioner argues that he should be classified as detained pursuant to 8 U.S.C. § 1226(a), which entitles him to an individualized bond hearing before an immigration judge, rather than 8 U.S.C. § 1225(b), which does not.  [*Id.* at 6–7.]

Respondents' return to the Petition acknowledges that pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-cv-1873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025), "Petitioner is detained under 8 U.S.C. § 1226(a) and [is] entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." [Doc. No. 4 at 2.]

///

///

1

3:26-cv-0524-CAB-BLM

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **February 18, 2026**.  Respondents are further **ORDERED** to update this Court on the status of Petitioner's bond hearing by **February 20, 2026**.

It is **SO ORDERED**.

Dated:  February 4, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-0524-CAB-BLM